William T. McLaughlin II #116348
Ashley N. Emerzian #278030
Lang, Richert & Patch
Post Office Box 40012
Fresno, California 93755-0012
(559) 228-6700 Phone
(559) 228-6727 Fax

M:\19782\Pleadings\prop order extending time for answer.doc

Attorneys for Petitioner/Defendant JAKKS PACIFIC, INC.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(FRESNO DIVISION)

| | |
|---|---|
| SHELLY CONTE, an individual; CINDY REICHMAN, an individual,<br><br>　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>JAKKS PACIFIC, INC., a Delaware corporation, and DOES 1 through 25, inclusive,<br><br>　　　　　　　　Defendants. | Case No.: 1:12-CV-00006 LJO-GSA<br><br>**ORDER GRANTING DEFENDANT JAKKS PACIFIC INC.'S *EX PARTE* REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE TO FIRST AMENDED COMPLAINT** |

　　　Having considered Defendant JAKKS PACIFIC INC.'s *ex parte* application for time to file a responsive pleading and finding good cause therefore, this court hereby extends the deadline for JAKKS PACIFIC to file such pleading until August 13, 2012.

　　　**IT IS SO ORDERED.**

　　　Dated:   July 26, 2012　　　　　　　/s/ Gary S. Austin
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MASGISTRATE JUDGE