William T. McLaughlin II #116348
Lang, Richert & Patch
Post Office Box 40012
Fresno, California 93755-0012
(559) 228-6700 Phone
(559) 228-6727 Fax

Attorneys for Defendant JAKKS PACIFIC, INC.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(FRESNO DIVISION)

| | |
|---|---|
| SHELLY CONTE, an individual; CINDY REICHMAN, an individual,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>JAKKS PACIFIC, INC., a Delaware corporation, and DOES 1 through 25, inclusive,<br><br>　　　　　　　Defendants. | Case No.: 1:12-CV-00006 LJO-GSA<br><br>**STIPULATION AND ORDER AMENDING THE SCHEDULING CONFERENCE ORDER, SO AS TO EXTEND DEADLINE FOR COMPLETION OF NON-EXPERT DEPOSITIONS** |

　　　　The parties hereto, by their respective counsel, agree that additional time is needed to complete non-expert depositions and hereby stipulate, subject to the Court's approval, that Section 4 of the Scheduling Order may be amended to extend the cut-off date for completing non-expert depositions from **June 15, 2013** to **July 3, 2013**.

　　　　As shown in the accompanying declaration of William T. McLaughlin, the parties agree that additional time is needed to complete needed depositions of party and non-party witness, three of whom reside out-of-state. The parties have only recently completed their respective written discovery. In addition, the defendants' attorney is scheduled to begin a jury trial on June 3, 2013 in the Superior Court of Tulare County in the matter of *Buddy Hatcher v. City of Porterville, et al.*, Case No. 11-244777. The trial is expected to last at least two weeks.

1 | The requested amendment to Section 4 will not impact other cut-off dates and deadlines set forth in the Court's Scheduling Order.  No prior request to extend a discovery deadline has been requested.

IT IS SO STIPULATED.

Dated: May __, 2013                              WEBB & BORDSON, P.C.


                                                 By: _____
                                                       Lenden F. Webb
                                                 Attorneys for Plaintiffs SHELLY CONTE
                                                   and CINDY REICHMAN


Dated: May __, 2013                              LANG, RICHERT & PATCH, P.C.


                                                 By: _____
                                                       William T. McLaughlin II
                                                 Attorneys for Defendant JAKKS
                                                   PACIFIC, INC.

///

///

///

///

# **ORDER**

The Court has reviewed the parties' stipulation set forth above and filed on the Court's Docket as Document No. 58, and hereby adopts it.  Accordingly, the Scheduling Conference Order of August 7, 2012 (Document No. 36) is amended to extend the cut-off date for non-expert depositions to July 3, 2013.  All other dates and terms specified in the Scheduling Conference Order remain in full force and effect.

IT IS SO ORDERED.

Dated:   **May 30, 2013**                               **/s/ Gary S. Austin**
                                                                             UNITED STATES MAGISTRATE JUDGE