William T. McLaughlin II #116348
Lang, Richert & Patch
Post Office Box 40012
Fresno, California 93755-0012
(559) 228-6700 Phone
(559) 228-6727 Fax

Attorneys for Defendant JAKKS PACIFIC, INC.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(FRESNO DIVISION)

| | |
|---|---|
| SHELLY CONTE, an individual; CINDY REICHMAN, an individual,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>JAKKS PACIFIC, INC., a Delaware corporation, and DOES 1 through 25, inclusive,<br><br>　　　　　　Defendants. | **Case No.: 1:12-CV-00006 LJO-GSA**<br><br>**STIPULATION AND ORDER REGARDING JAKKS' MOTION TO COMPEL DEPOSITIONS**<br><br>**(Doc. 60)** |

　　　　In accordance with the agreement reached by the parties, by and through their respective attorneys of record, during the informal teleconference held on June 26, 2013, the parties stipulate that an Order may be issued directing the following:

　　　　1.　　The deposition of JAKKS' 30(b)(6) witness will be taken on July 24, 2013, commencing at 10 a.m., at the law offices of Webb & Bordson, APC.

　　　　2.　　The deposition of SHELLY CONTE will be taken on July 25, 2013, commencing at 9 a.m., at the law offices of Lang, Richert & Patch;

///

///

3.   The deposition of CINDY REICHMAN will commence following the conclusion of Ms. CONTE's deposition and, if needed, will be concluded on July 26, 2013; and

4.   JAKKS withdraws its ex parte application for Order Shortening Time for Motion to Compel and the Motion to Compel.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: June 27, 2013

LANG, RICHERT & PATCH, P.C.

By /s/ William T. McLaughlin II
    William T. McLaughlin II
    Attorneys for Defendant JAKKS
    PACIFIC, INC.

Dated: June 27, 2013                **WEBB & BORDSON, APC**

By: /s/ Lenden F. Webb
    LENDEN F. WEBB
    Attorney for Plaintiffs, SHELLY CONTE
    and CINDY REICHMAN

## **ORDER**

Pursuant to the above stipulation, JAKKS PACIFIC, INC.'s Ex Parte Application for an Order Shortening Time and its Motion to Compel ( including the request for sanctions), filed on June 21, 2013 is deemed withdrawn. (Doc. 60).  The July 3, 2013, non-expert discovery deadline is extended solely for the purposes outlined below:

1.   The deposition of JAKKS' 30(b)(6) witness will be taken on July 24, 2013, commencing at 10 a.m., at the law offices of Webb & Bordson, APC;

2.   The deposition of SHELLY CONTE will be taken on July 25, 2013, commencing at 9 a.m., at the law offices of Lang, Richert & Patch; and

3. The deposition of CINDY REICHMAN will commence following the conclusion of Ms. CONTE's deposition and, if needed, will be concluded on July 26, 2013.

All other deadlines and directives outlined in this Court's Scheduling Order issued on August 7, 2012 remain in full force and effect. (Doc. 36). The parties are encouraged to work cooperatively to complete the discovery in this case as future requests to amend the dates in the scheduling order will be looked upon with disfavor.

IT IS SO ORDERED.

Dated:   **June 28, 2013**              **/s/ Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE