UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLY CONTE, et al., | CASE NO. CV F 12-0006 LJO GSA |
| Plaintiffs, | **ORDER TO SHOW CAUSE**<br>(Docs. 73.) |
| vs. | |
| JAKKS PACIFIC, INC., et al., | |
| Defendants. | |
| _____/ | |
| AND RELATED COUNTERACTION. | |
| _____/ | |

This Court's September 3, 2013 order required the parties, no later than September 10, 2013, to file papers to indicate whether the parties consent to Magistrate Judge Jurisdiction. Defendant/counterclaimant Jakks Pacfic, Inc. ("Jakks") has disobeyed the September 3, 2013 order in failing to file the required papers.

This Court's Local Rule 11-110 provides that failure to comply with an order of this Court "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Accordingly, this Court ORDERS Jakks, no later than September 18, 2013, to file papers to show cause why sanctions should not be imposed on Jakks or its counsel for disobedience of the September 3, 2013 order. At this point, this Court contemplates a $500

1

sanction on Jakks' counsel.  This Court will discharge this order to show cause if Jakks, no later than September 18, 2013, files and serves papers to consent to Magistrate Judge Jurisdiction.

This Court ADMONISHES the parties and counsel that they must observe and comply with the Federal Rules of Civil Procedure and this Court's Local Rules and orders and are subject to sanctions as this Court deems appropriate.

IT IS SO ORDERED.

Dated:   **September 16, 2013**                    **/s/ Lawrence J. O'Neill**
                                                                      UNITED STATES DISTRICT JUDGE