# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLY CONTE, an individual; CINDY REICHMAN, an individual,<br><br>     Plaintiffs,<br><br>     v.<br><br>JAKKS PACIFIC, INC., a Delaware corporation, and DOES 1 TO 25,<br><br>     Defendants. | 1:12-CV-00006-LJO-GSA<br><br>**ORDER TO SHOW CAUSE** (Docs. 17, 69) |
| JAKKS PACIFIC, INC., a Delaware corporation,<br><br>     Counter-Claimant,<br><br>     v.<br><br>SHELLY CONTE, an individual; and CINDY REICHMAN, an individual,<br><br>     Counter-Defendants. | |

    Plaintiffs Shelly Conte and Cindy Reichman ("Plaintiffs") filed the operative complaint against Defendant Jakks Pacific, Inc. ("Jakks") with this Court on April 3, 2012.  In the complaint, Plaintiffs allege "that JAKKS' Care Bear dolls infringe upon Plaintiffs' '457 Patent on two claims, Claim No. 9 and Claim No. 13." (Doc. 17, ¶ 20).

    Plaintiffs filed a motion for summary judgment with this Court on August 29, 2013.  There, Plaintiffs allege that Jakks' Care Bear doll infringes Claim No. 1 and Claim No. 9.  (Doc. 69, pp. 5-6).

    Accordingly, this Court ORDERS Plaintiffs, no later than October 23, 2013, to file

1 supplemental briefing not to exceed five pages in length to show cause why Plaintiffs' assertions as to
2 Claim No. 1 of the patent at issue should not be disregarded.

IT IS SO ORDERED.

    Dated:   **October 18, 2013**                **/s/ Lawrence J. O'Neill**
                                                                            UNITED STATES DISTRICT JUDGE