**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHELLY CONTE, an individual; CINDY REICHMAN, an individual,<br><br>            Plaintiffs,<br><br>    v.<br><br>JAKKS PACIFIC, INC., a Delaware corporation, and DOES 1 TO 25,<br><br>            Defendants. | 1:12-CV-00006-LJO-GSA<br><br>**ORDER TO FILE DISMISSAL PAPERS**<br>(Doc. 90.) |
| JAKKS PACIFIC, INC., a Delaware corporation,<br><br>            Counter-Claimant,<br><br>    v.<br><br>SHELLY CONTE, an individual; and CINDY REICHMAN, an individual,<br><br>            Counter-Defendants. | |

   In response to this Court's November 5, 2013 order, defense counsel filed papers to indicate that the parties will file a stipulation to dismiss defendant's counterclaims.  As such, this Court ORDERS the parties, **no later than December 9, 2013**, to file appropriate papers to dismiss defendant's counterclaims in entirety, or to show good cause why the counterclaims have not been dismissed.

   This Court VACATES all pending matters and dates, including the **December 10, 2013 trial**, which is subject to immediate resetting before this or another district judge.

1

Failure to comply with this order will be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order.  *See* Local Rules 160 and 272.  This Court ADMONISHES the parties and counsel that they must obey the Federal Rules of Civil Procedure and this Court's Local Rules and orders and are subject to sanctions as this Court deems appropriate.

IT IS SO ORDERED.

Dated:   **November 6, 2013**                    /s/ Lawrence J. O'Neill
                                                 UNITED STATES DISTRICT JUDGE