William T. McLaughlin, II, #116348
Lang, Richert & Patch
Post Office Box 40012
Fresno, California 93755-0012
(559) 228-6700 Phone
(559) 229-6727 Fax

Attorneys for Defendant/Counter-Claimant JAKKS PACIFIC, INC.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(FRESNO DIVISION)

| | |
|---|---|
| SHELLY CONTE, an individual; CINDY REICHMAN, an individual,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>JAKKS PACIFIC, INC., a Delaware corporation, and DOES 1 through 25, inclusive,<br><br>                    Defendants.<br><br>―――――――――――――――<br><br>JAKKS PACIFIC, INC., a Delaware corporation,<br><br>            Counter-Claimant<br>    v.<br><br>SHELLY CONTE, an individual, CINDY, REICHMAN, an individual,<br><br>            Counter-Defendant. | **Case No.: 1:12-CV-00006 LJO-GSA**<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT JAKKS PACIFIC, INC.'S COUNTER-CLAIMS; ORDER**<br><br>**[FRCP Rule 41(a)(A)(ii),(c)]** |

///

The parties hereto, by and through their respective counsel of record, do hereby stipulate to the dismissal of Defendant/Counter-Claimant JAKKS PACIFIC, INC. Counter-Claims.

Respectfully submitted,

Dated: December 6, 2013

LANG, RICHERT & PATCH, P.C.


By /s/ William T. McLaughlin II
   William T. McLaughlin II
   Attorneys for Defendant/Counter-Claimant
   JAKKS PACIFIC, INC.

Dated: December 6, 2013             WEBB & BORDSON, APC


By /s/ Lenden F. Webb____
   LENDEN F. WEBB
   Attorney for PLAINTIFFS,
   SHELLY CONTE and
   CINDY REICHMAN

## **ORDER**

Based on the parties' stipulation, this Court DISMISSES in their entirety the counterclaims of defendant/counter-claimant Jakks Pacific, Inc. and DIRECTS the clerk to close this action.

IT IS SO ORDERED.

   Dated:   **December 6, 2013**              **/s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE

Stipulation Re Dismissal of Def./Counter-Claimant       - 2 -
Jakks Pacific, Inc.'s Counter-Claims; Order