UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLY CONTE, | No. 1:12-cv-0006 LJO GSA |
| Plaintiff, | ORDER DIRECTING CLERK OF COURT TO REASSIGN THIS MATTER TO NEW DISTRICT AND MAGISTRATE JUDGES |
| v. | |
| JAKKS PACIFIC, INC., et al. | |
| Defendants. | |

On January 14, 2025, Plaintiff Shelly Conte initiated an ex parte communication with the Court via telephone. During the call, Plaintiff inquired as to whether a protective order that had been issued in this case has an expiration date. In addition, Plaintiff asked for a copy of a sealed item on the docket.

The District Judge currently listed as presiding over this matter is no longer an active member of this bench. In addition, this case falls outside the scope of matters that are currently assigned to the undersigned. As such, the Clerk of Court will be directed to assign new District and Magistrate Judges to this matter.

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court shall randomly assign new District and Magistrate Judges to this matter.

1

IT IS SO ORDERED.

Dated:   **January 21, 2025**              **/s/ Gary S. Austin**
                                                                    UNITED STATES MAGISTRATE JUDGE